SUPPRESSED
FILED
FEB 20 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 25-30024-SPM |
| ) | |
| SCOTT T. MILLER, ) | Title 21, |
| ) | United States Code, |
| Defendant. ) | Section 841 |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
**DISTRIBUTION OF CONTROLLED SUBSTANCE: METHAMPHETAMINE**

On or about March 16, 2023, in Clinton County, within the Southern District of Illinois,

**SCOTT T. MILLER,**

defendant herein, did knowingly and intentionally distribute a controlled substance, to wit: methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the total amount of methamphetamine involved was 50 grams or more, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

### COUNT 2
**DISTRIBUTION OF CONTROLLED SUBSTANCE: METHAMPHETAMINE**

On or about April 13, 2023, in Clinton County, within the Southern District of Illinois,

**SCOTT T. MILLER,**

defendant herein, did knowingly and intentionally distribute a controlled substance, to wit: methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the total amount of methamphetamine involved was 50 grams or more, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

### COUNT 3
**POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE: METHAMPHETAMINE**

On or about August 29, 2023, in Clinton County, within the Southern District of Illinois,

### SCOTT T. MILLER,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the total amount of methamphetamine involved was 50 grams or more, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).



A TRUE BILL

FOREPERSON

_____
DANIEL S. CARRAWAY
Assistant United States Attorney

_____
ALI M. SUMMERS
Acting United States Attorney

Recommended Bond: Detention